OFFICE OF THE PLACER COUNTY COUNSEL
Gregory Warner (SBN 282490)
Hannah Kreuser (SBN 322959)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:   (530) 889-4044
Facsimile:   (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendants COUNTY OF PLACER, JEFF
BILODEAU, HANNAH BLACKMUN, ALEXIS BLISS,
MANUEL CAVAZOS, JORDAN DUNCAN, BRANDON
HANN, JULIANN JONES, BLAKE NIELSEN, GLENN
RIGEL, MICHAEL STOICICH, and RYAN WHITE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE DENISE REED,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF PLACER, a public entity, County of Placer Deputies ALEXIS BLISS (Badge # 144), JORDAN DUNCAN (Badge # Unknown), MICHAEL STOICICH (Badge # Unknown), HANNAH BLACKMUN (Badge # Unknown), JULIANN JONES (Badge # Unknown), JEFF BILODEAU (Badge # Unknown), BLAKE NIELSEN (Badge # Unknown), GLENN RIGEL (Badge # Unknown), MANUEL CAVAZOS (Badge # Unknown), BRANDON HANN (Badge # S42), RYAN WHITE (Badge # Unknown); CITY OF ROCKLIN, a public entity, City of Rocklin Police Officer MICHAEL HUERTA (Badge # 298), individually, and, DOES 1-100, jointly and severally,<br><br>                    Defendants. | Case No. 2:24-cv-02152-DJC-SCR<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT BY 21 DAYS**<br><br>Complaint Filed:  August 9, 2024 |

ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
PLAINTIFF'S COMPLAINT

1    The Court, having considered the Stipulation by and between Plaintiff Nicole Denise Reed
2  and Defendants County of Placer, Jeff Bilodeau, Hannah Blackmun, Alexis Bliss, Manuel Cavazos,
3  Jordan Duncan, Brandon Hann, Juliann Jones, Blake Nielsen, Glenn Rigel, Michael Stoicich, and
4  Ryan White ("Defendants"), to extend Defendants time to respond to Plaintiff's Complaint pursuant
5  to Eastern District Local Rule 144(a), and good cause appearing, it is hereby ORDERED:

6    Defendants County of Placer, Jeff Bilodeau, Hannah Blackmun, Alexis Bliss, Manuel
7  Cavazos, Jordan Duncan, Brandon Hann, Juliann Jones, Blake Nielsen, Glenn Rigel, Michael
8  Stoicich, and Ryan White, shall file their responsive pleading on or before October 28, 2024.

10  Dated:  October 8, 2024                          /s/ Daniel J. Calabretta
11                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO
PLAINTIFF'S COMPLAINT