| | |
|---|---|
| **Panos Lagos, Esq. / SBN 61821**<br>**LAW OFFICES OF PANOS LAGOS**<br>5032 Woodminster Lane<br>Oakland, CA 94602<br>T: (510) 530-4078 x 101<br>F: (510) 530-4725<br>panos@panoslagoslaw.com<br><br>*Attorney for Plaintiff*<br>NICOLE DENISE REED | DERICK E. KONZ, ESQ., SB No. 286902<br>Email: dkonz@akk-law.com<br>WILLIAM J. BITTNER, ESQ. No. 292056<br>Email: wbittner@akk-law.com<br>**ANGELO, KILDAY & KILDUFF, LLP**<br>Attorneys at Law<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825<br>Telephone: (916) 564-6100<br>Telecopier: (916) 564-6263<br>Attorneys for Defendants CITY OF ROCKLIN and OFFICER MICHAEL HUERTA |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICOLE DENISE REED,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF PLACER, et al.,<br><br>  Defendants. | Case No. 2:24-cv-02152-DJC-SCR<br><br>**STIPULATION AND ORDER FOR THE FILING OF AN ANSWER BY DEFENDANT CITY OF ROCKLIN** |

Plaintiff NICOLE DENISE REED and Defendants CITY OF ROCKLIN, and City of Rocklin Police Officer MICHAEL HUERTA, by and through their respective attorneys of record, hereby stipulate to the following:

The relevant parties, by and through their counsel of record, hereby stipulate as follows:

1. Presently, Plaintiff will not be filing an Amended Complaint.
2. Defendant City of Rocklin's Answer to Plaintiff's Complaint will be filed within 21 days of the date of the filing of this Stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 17, 2024           LAW OFFICES OF PANOS LAGOS

*/s/Panos Lagos*
Panos Lagos, Esq.
Attorney for Plaintiff,
NICOLE DENISE REED

Dated: December 17, 2024                    ANGELO, KILDAY & KILDUFF, LLP

                                            */s/Derick E. Konz*
                                            Derick E. Konz, Esq.
                                            William J. Bittner, Esq.
                                            Attorneys for Defendants,
                                            CITY OF ROCKLIN and
                                            OFFICER MICHAEL HUERTA

### **ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Answer of Defendant City of Rocklin shall be filed herein within 21 days of the date of the filing of this Stipulation.

**IT IS SO ORDERED.**

Dated:  December 17, 2024           /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE